UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAVAR GARY VARNADO, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-cv-0262-ECR-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

In its prior order the Court denied petitioner's motion to proceed in *forma pauperis* and directed petitioner to amend the application and the petition using the proper forms and providing the necessary information. The Court intended that this action be dismissed without prejudice to the opening of another case once the amendments were made.

**IT IS THEREFORE ORDERED** that the Clerk shall file the petition attached at ECF No. 1) which is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall enter judgment accordingly.

DATED this 18th day of April 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE