AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

LAVAR GARY VARNADO,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-cv-00262-ECR-RAM**

STATE OF NEVADA, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition (Dkt. No. 5 ) is DISMISSED WITHOUT PREJUDICE.


  April 19, 2011                                    **LANCE S. WILSON**
                                                           Clerk


                                                           /s/ Katie Lynn Ogden
                                                           Deputy Clerk